ACCEPTED
09-17-00026-CV
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 3:11 PM
CAROL ANNE HARLEY
CLERK

NO. 09-17-00026-CV

In the COURT OF APPEALS

For The

NINTH DISTRICT OF TEXAS

Beaumont, Texas

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 3:11:38 PM
CAROL ANNE HARLEY
Clerk

MELISSA BARCLAY,
                     Appellant/Cross-Appellee

vs.

AURY GENE RICHEY
                     Appellee/Cross-Appellant

## APPELLEE'S SECOND MOTION
## TO EXTEND TIME TO FILE ORIGINAL BRIEF

TO THE HONORABLE NINTH COURT OF APPEALS:

    AURY GENE RICHEY, Appellee/Cross-Appellant, pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, moves for a further extension of time in which to file Appellee's original brief, and in support would respectfully show the following:

1. Appellant's Notice of Appeal and Cross-Appellant's Notice of Cross-Appeal have been timely filed.

2. The present deadline for filing Appellee's original brief is December 13, 2017.

3. Appellee/Cross-Appellant requests an additional thirty (30) days to file his brief. The new due date requested is Friday, January 12, 2018.

4. Appellee/Cross-Appellant requests this extension for the following reasons

    (a) Appellee's counsel has handled several matters of an emergency nature for other clients requiring immediate and extended attention during the past month, and

    (b) Appellee's counsel has recently made an unanticipated trip out of state to assist a family member and lost significant time needed to properly brief this matter, and

    (c) Appellee's counsel has been out of the office for several days during the past month to assist during another family member's illness.

5. This motion is made not solely for purposes of delay, but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Appellee/Cross-Appellant respectfully requests that this Court of Appeals extend the time to file Appellee/Cross-Appellant's original brief for thirty (30) days, until Friday, January 12, 2018.

Respectfully submitted,

DAVID L. TOLIN
Texas Bar No. 20106300
TOLIN LAW FIRM
505 W. Lucas Drive, Suite 200
Beaumont, Texas 77706
(409) 896-2792
(281) 254-7944 *fax*
*dtolin@tolinlawfirm.com*

ATTORNEY FOR AURY GENE RICHEY,
APPELLEE/CROSS-APPELLANT

## CERTIFICATE OF CONFERENCE

I hereby certify that, pursuant to Rule 10.1(a)(5), counsel for Appellee conferred with counsel for Appellant regarding this motion. Counsel for Appellant is unopposed to the relief requested herein.

DAVID L. TOLIN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to Daniel E. Mabry, counsel for Appellant/Cross-Appellee, via *eFile.TXCourts.gov* on this 11th day of December, 2017.

DAVID L. TOLIN